William F. Marsh, Jr., Appellant, v. Joseph DeSantis, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Frederick Sheldon, Appellant, v. Joseph DeSantis, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Cosimo Circirello, Appellant, v. Fred W. Johnson and Patsy Andiff, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Vito Riebecco, Appellant, v. Fred W. Johnson and Patsy Andiff, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Carlo Colianno, Appellant, v. Fred W. Johnson and Patsy Andiff, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Danny Christian, Appellant, v. Fred W. Johnson and Patsy Andiff, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Helen Stanton, Appellant, v. Union Indemnity Company, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Mary Trzeciak, as Administratrix, etc., of Stephen Trzeciak, Deceased, Appellant, v. Clarence P. Fahning, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Marie Wajda, Appellant, v. Stanley Paul, Respondent.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Astel Coal Company, Appellant, v. Lafayette National Bank, Respondent. (Actions Nos. 1 and 2.) — Appeals dismissed unless appellants shall file and serve printed briefs by January twenty-second. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Herman Pronath, Appellant, v. State of New York, Respondent. (Claims Nos. 16846 and 17133.) — Appeals dismissed unless appellant shall file and serve printed records and printed briefs by February twentieth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

George Van Aernam, Appellant, v. State of New York, Respondent. (Claim No. 16815.) — Appeal dismissed unless appellant shall file and serve printed records and printed briefs by February twentieth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

The Montezuma Garden Company, Incorporated, Appellant, v. State of New York, Respondent. (Claim No. 14138.) — Appeal dismissed unless appellant shall file and serve printed records and printed briefs by February twentieth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of William S. Smith, an Attorney and Counselor at Law.— Matter referred to Hon. Charles B. Wheeler, official referee. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.